**Order entered July 14, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00056-CV

**LISA M. RODRIGUEZ, Appellant**

**V.**

**ESEQUIEL RODRIGUEZ, JR., Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-18425**

### ORDER

Before the Court is appellant's July 13, 2022 unopposed second motion for an extension of time to file her reply brief. We **GRANT** the motion. We **ORDER** the reply brief tendered to this Court by appellant on July 13 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE